## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE SPORTSTUFF, INC. | ) | Case No. BK 07-82643 |
| | ) | |
| | ) | |
| Debtor. | ) | Chapter 11 |

### NOTICE AND CERTIFICATE OF SERVICE

The undersigned certifies that the Court entered a Text Order on January 8, 2010, (Doc. No. 717) granting the Second Application of Frankel Zacharia, LLC for Interim Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses as Accounting and Valuation Advisors to the Official Committee of Unsecured Creditors of SportsStuff, Inc. for the period from November 1, 2009, thru October 31, 2009. The undersigned further certifies that a true and correct copy of said Text Order was served electronically upon those registered with the CM/ECF System and upon the individuals listed on the following service list via regular United States mail, postage prepaid, on January 11, 2010.

DATED THIS 11th of January, 2010.

**FRANKEL ZACHARIA, LLC**, Applicant,

By: /s/ *Robert P. Diederich* on behalf of Frankel Zacharia, LLC

Robert J. Bothe, (NE #15018)
Douglas E. Quinn, (NE #15742)
Robert P. Diederich (NE #23393)
McGRATH NORTH MULLIN & KRATZ, PC LLO
Suite 3700, First National Tower
1601 Dodge Street
Omaha, NE 68102
Telephone: (402) 341-3070/Fax: (402) 341-0216
rbothe@mcgrathnorth.com
dquinn@mcgrathnorth.com

## SERVICE LIST

John S. Ament
The Ament Firm
406 E. Commerce
P.O. Box 751
Jacksonville, TX  75766

Todd N, Hendrickson
Law Offices of Todd N. Hendrickson
100 South Bentwood, Blvd., Suite 300
Clayton, MO  63105

Nicholas Kauffman
Wilson, Elser, Moskowitz, Edelman & Dick
120 No. LaSalle Street
Chicago, IL  60602-2412

Harvey B. Morris
Morris, Conchin & King
129 Washington Street
PO Box 248
Huntsville, AL  35804

Alexander M. Musz
General Capital Partners, LLC
600 Seventeenth Street
Suite 2350 South
Denver, CO 80202

Michael O. Sturm
Sturm & Fix, LLP
206 Sixth Avenue, Suite 1213
Des Moines, IA  50309

Ron Nielsen
Clifton Gunderson LLP
2700 Westown Parkway, Ste 400
W. Des Moines, IA  50266

Ronald J. Palagi, Esq.
3131 So. 72nd Street
Omaha, NE  68124

Michael Weiner
Meltzer, Lippe, Goldstein &nBreitstone
190 Willis Avenue
Mineola, NY  11501

Harvey B. Morris
Morris, Conchin & King
129 Washington Street
P.O. Box 248
Hunstville, AL  35804

Gene E. Arnold
Frankel Zacharia, LLC
11404 W. Dodge Road
Omaha, NE  68154

John M. Merit
Merit & Associates, P.C.
P.O. Box 1377
Oklahoma City, OK  73101

David C. Mullin
Fraser Stryker PC, LLO
409 South 17th Street, Ste. 500
Omaha, NE  68102-2663

Michael Shrier
Goldbert & Shrier
10050 Regency Circle, Ste. 100
Omaha, NE  68114

Douglas G. Ward
Pitblado LLC
2500-360 Main Street
Winnipeg, MB R3C 4H6

R. Mark Oliver
Texas Mastercraft, LTD
201 Main Street, Ste 801
Ft. Worth TX  76102

Douglas S. Raftner
Epsten Grinnell & Howell, APC
9980 Carroll Canyon Rd., 2nd Fl.
San Diego, CA  92131

By:    /s/Robert P. Diederich